IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.    15-cv-01465-WYD-CBS

UNITED STATES OF AMERICA,

      Plaintiff,

v.

$31,073.46 SEIZED FROM WELLS FARGO BANK ACCOUNT # 2426562829, and
$30,630.00 SEIZED FROM WELLS FARGO BANK ACCOUNT # 3272385182,

      Defendants.

## FINAL ORDER OF FORFEITURE

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture, the Court having reviewed said Motion FINDS:

THAT the United States commenced this action in rem pursuant to 18 U.S.C. § 981;

THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

THAT the United States and Claimant Mark DeJesus, through counsel, Jeralyn E. Merritt, have reached a settlement agreement resolving the claimant's interest as to defendants $31,073.46 in United States Currency and $30,630.00 in United States Currency;

THAT the United States and Claimant Mark DeJesus filed their Notice of Settlement with the Court resolving all issues in dispute as to defendants $31,073.46 in United States Currency and $30,630.00 in United States Currency;

THAT no other claims to defendants $31,073.46 in United States Currency and $30,630.00 in United States Currency have been filed;

THAT $10,000.00 of defendant $30,630.00 in United States Currency shall be returned to Claimant Mark DeJesus;

THAT forfeiture of defendant $31,073.46 in United States Currency and $20,630.00 of defendant $30,630.00 in United States Currency shall enter in favor of the United States;

THAT it further appears there is cause to issue a forfeiture order under 18 U.S.C. § 981.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT the United States' Motion for Final Order of Forfeiture (ECF No. 23) is **GRANTED**;

THAT the United States shall have full and legal title to defendant $31,073.46 in United States Currency and $20,630.00 of defendant $30,630.00 in United States Currency, and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties' Settlement and Consent Agreement;

THAT the Clerk of Court is directed to enter Judgment; and

THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted

Case 1:15-cv-01465-WYD-CBS   Document 24   Filed 12/09/15   USDC Colorado   Page 3 of 3

as to defendant $31,073.46 in United States Currency and $20,630.00 of defendant $30,630.00 in United States Currency pursuant to 28 U.S.C. § 2465.

Dated:   December 9, 2015.

BY THE COURT:

*/s/ Wiley Y. Daniel*
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE

-3-